AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | |
|---|---|
| United States of America<br>v.<br><br>STEPHEN ETHAN HORN<br><br><br>_____Defendant_____ | )  Case: 1:21-mj-00342<br>)  Assigned to: Judge Meriweather, Robin M.<br>)  Assign Date: 3/29/2021<br>)  Description: COMPLAINT W/ARREST WARRANT<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

        **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*                      STEPHEN ETHAN HORN                                             ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without
Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date:    03/29/2021

                                                                        2021.03.29 16:20:32
                                                                        -04'00'
                                                                    _____
                                                                    *Issuing officer's signature*

City and state:          Washington, D.C.                    Robin M. Meriweather, U.S. Magistrate Judge
                                                                    *Printed name and title*

| Return |
|---|
| This warrant was received on *(date)*  4/1/21 , and the person was arrested on *(date)*  4/9/21<br>at *(city and state)*   Raleigh NC  .<br><br>Date:  4/15/21                                   _____<br>                                                    *Arresting officer's signature*<br><br>                                         FBI SA Craig Noyes<br>                                              *Printed name and title* |